# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Rex Melton

(Full name of the Plaintiff(s) in this action)

v.

Samantha Bright
William Mustage
Andrea M Bentley

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1-23CV-21-GNS
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Rex Melton

Place of Confinement: Taylor County Detention Center

Address: 120 S. Central Ave. Campbellsville, KY 42718

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (  )

(2) Name of Plaintiff: _____

Place of Confinement: _____

5

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Samantha Bright_ is employed as _Parole Officer_ at _Probation And Parole, 1323 East Broadway, Campbellsville KY 42718_.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(2) Defendant _William Mustape_ is employed as _Branch Manager?_ at _KY Dept. of Corrections, PO Box 2400, Frankfort KY 40602-2400_.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(3) Defendant _Andrea M. Bentley_ is employed as _Offender Info. Servicer_ at _KY Dept. of Corrections, PO Box 2400, Frankfort KY 40602-2400_.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

7

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✗)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

8

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

claim(1)

I, Rex Melton (Plaintiff) served a fifty year prison term out on my (Plaintiff's) minimum expiration date of Jan. 6, 2021; while on parole. My (Plaintiff's) Parole Officer, Samantha Bright (Defendant) refused to discharge me (Plaintiff) from parole. Though my (Plaintiff's) Parole Officer, Samantha Bright (Defendant) could produce no record that I (Plaintiff) was still on parole, did, after approximately one year, on Dec. 14, 2021 produced a listing of E-mails between her, Parole Officer, Samantha Bright (Defendant) and William Mustape, who may be a Branch Manager in the KY Dept. of Corrections; Employee of the Dept. of Corrections, William Mustape (Defendant); in which Employee of the KY Dept. of Corrections, William Mustape (Defendant) explains that my (Plaintiff's) DOC accounts were shut down by KOMS on my (Plaintiff's) minimum expiration date, but



4



that he, employee of KY Dept. of Corrections would reopen them, because he, employee of KY Dept. of Corrections, William Mustape (Defendant) had also informed my (Plaintiff's) Parole Officer Samantha Bright (Defendant) that I (Plaintiff) would have to stay on parole until my (Plaintiff's) maximum expiration date of Oct. 23, 2040, because my crime is deemed violent. I (Plaintiff) contended that I (Plaintiff) committed my crime on Sept. 14, 1989 and that the statute William Mustape, employee of KY Dept. of Corrections does not apply to me (Plaintiff), or at least not that particular interpretation. William Mustape, employee of KY Dept. of Corrections was applieing a version of a statute that became effective on July 15, 1998; dealing with 85% sentencing guidelines for violent offenders and was not to be applied to me (Plaintiff). My (Plaintiff's) Parole Officer, Samantha Bright (Defendant) advised me in reference only to the

5

# III STATEMENT OF CLAIM(S) continued

E-mails provided by William Mustape, Employee of KY Dept. of Corrections (Defendant), that I (Plaintiff) would be on parole until my maximum expiration date of Oct. 23, 2040. I (Plaintiff) felt the abuse by my (Plaintiff's) Parole Officer, Samantha Bright (Defendant) and employee of KY Dept. of Corrections, William Mustape (Defendant) too severe. I (Plaintiff) could not bring myself (Plaintiff) to return to the Parole office and report again. On Oct. 24, 2022, this Plaintiff was arrested on a Parole warrant and incarcerated. My (Plaintiff's) Parole Officer charged me with Absconding, though this (Plaintiff) believes he (Plaintiff) was not on Parole. The Parole Board has defferred this (Plaintiff) nine months and will not consider or investigate rather this (Plaintiff) is legally on parole. The Parole Boards wisdom is that their decision will be moot at some point if this (Plaintiff) is not legally on parole. The KY Dept. of Corrections has made a new fraudlant Resident Record Card starting a new sentence of seven years, time this Plaintiff was on parole. Also on this Resident Record Card the language saying I Plaintiff is not eligible for statutory good time and have hidden the fact that I am eligible for statutory good time. My (Plaintiff's) good time and credits follow: Statutory Good Time 12 years and 6 months, Program/Education Good Time 1 year and 9 months, Meritorious Good Time 4 years and 17 days, Parole Compliance Good Time 1 year and 7 months. This equals 19 yrs. 10 months and 23 days off my prison term; and subtracted from my (Plaintiff's) maximum expiration date of Nov. 23, 2040 makes (Plaintiff's) minimum expiration date Jan. 6, 2021.

III STATEMENT OF CLAIM(S) continued

The actions of my (Plaintiff's) Parole Officer, Samantha Bright (Defendant) and KY Dept. of Corrections Employee, William Mustape (Defendant) violates my (Plaintiff's) 5th, 6th, 14th and 8th amedment rights under the Constitution of the United States of America by adding time to my served out prison term without due process of law and placing me (Plaintiff) twice in jeopardy on the same crime; accumulating to cruel and unusual punishment; in addition this (Plaintiff) is being treated with indifference to the law as it applies to other convicted felons that committed a crime on Sept. 14, 1989. I, Rex Melton, (Plaintiff) has been illegally imprisoned due to the actions of my (Plaintiff's) Parole Officer, Samantha Bright (Defendant) and KY Dept. of Corrections employee, William Mustape (Defendant), since Oct. 24, 2022, and remains imprisoned to date. I (Plaintiff) request release from illegal detention. Sentencing Facts: Crime Committed: Sept. 14, 1989, Date Convicted: April 4, 1990, ~~[redacted]~~ Total Sentence Length: 50 years, Time served: 30 years 1 month 12 days; Total Good Time: 19 years 10 months 17 days, Maximum Expiration Date: Oct. 23, 2040, Minimum Expiration Date: Jan. 6, 2021, Time Remaining: 0 years, 0 months, 0 days; Respectfully. These dates calculated by Plaintiff as he (Plaintiff) believes them to be on his (Plaintiff's) minimum expiration date.

Plaintiff is not an expert of law, but believes he served out his prison term by what the law required and that defendants did and are afflicting Plaintiff contrary to that law.

4. Docket number _____ Date filed: _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____
_____

6. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

   A. IF YOU ARE A STATE/CITY/COUNTY PRISONER YOU MUST ANSWER:

   1. Is there a grievance procedure in the institution where the facts happened?
      Yes ( )         No ( )

   2. Did you present the facts relating to your complaint in an administrative remedy procedure?    Yes ( )         No ( )

   3. If your answer to 2 is YES, state what you did and what the result was:
   _____
   _____
   _____

   4. If your answer to 2 is NO, explain why not: _____
   _____
   _____

   B. IF YOU ARE A FEDERAL PRISONER YOU MUST ANSWER:

   1. Did you present the facts to the prison authorities according to administrative procedures?    Yes ( )         No ( )

   2.a. If your answer to 1 is YES, state the level(s) of the administrative remedy procedure to which you presented the claim(s): (check)
      ____ to Warden
      ____ appeal of Warden's response to Regional Director
      ____ appeal of Regional Director's response to Office of General Counsel

   2.b. What was the result? _____
   _____

   3. If your answer to 1 is NO, explain why not. _____
   _____

32

Claim (2)

On December 2, 2022, Andrea M. Bentley (Defendant), employee of the Kentucky Department of Corrections, Offender Information Services, recalculated me, (Rex Melton) Plaintiff's served out prison term and added seven years and twenty five days or 2580 days to an all ready served out prison term that originally calculated as minimum expiration; Jan. 6, 2021 and maximum expiration Nov. 23, 2040; with nineteen (19) years ten (10) months and seventeen (17) days good time. Andrea M. Bentley (Defendant) advised me (Plaintiff) by mail, that I (Plaintiff) could not serve out while on parole and that I had absconded and would be sent back to prison with a new minimum expiration date of Jan. 10, 2028 and a new maximum expiration date of Nov. 25, 2047 and that though this Plaintiff got all good time credits and even parole compliance credit that I Plaintiff could not serve out on my minimum expiration date of Jan. 6, 2021 and that I would be sent back to prison to serve out to my minimum expiration date that she Andrea M. Bentley (Defendant) calculated outside of any legislative boundaries to now be Jan. 10, 2028. Andrea M. Bentley violated my constitutional rights to due process of law by not

# EXTRAS

INMATE NAME:_____

CELL #:_____

$4.25----FOLGERS 3 OZ----------------------------------- _____

$9.50----FOLGERS 8 OZ----------------------------------- _____

$3.00----SUGAR 2 LBS------------------------------------ _____

$2.35----CREAMER 11 OZ---------------------------------- _____

$3.25----PEANUT BUTTER 18 OZ---------------------------- _____

$3.25----SWEET-N-LOW------------------------------------ _____

$0.70----CRACKERS-SLEEVE-------------------------------- _____

$0.70----CHILI NOODLES---------------------------------- _____

$0.70----CHICKEN NOODLES-------------------------------- _____

$0.70----BEEF NOODLES----------------------------------- _____

$0.70----PICANTIE NOODLES------------------------------- _____

$0.70----CREAMY CHICKEN NOODLES------------------------- _____

$0.70----PORK NOODLES----------------------------------- _____

$0.70----ROASTED CHICKEN NOODLES------------------------ _____

honoring legislative intent and by placing this Plaintiff twice in jeopardy for the same crime. This Plaintiff could not have absconded beginning Jan. 11, 2022, when this Plaintiff served out his Plaintiff's prison term on Jan. 6, 2021; by Method of Discharge: Minimum Expiration or by the law outside of personal opinion not supported by any law. This Plaintiff's 5th, 6th, 11th and 8th amedmant rights of the United States of America Constitution have been violated by Andrea M. Bentley (Defendant), Offender Information Services, Kentucky Department of Corrections. This Plaintiff request this Honorable Court to declare and prepare a declaration in support of this Plaintiff.

EXTRAS

INMATE NAME:_____

CELL #:_____

$4.25----FOLGERS 3 OZ---------------------------------------- _____

$9.50----FOLGERS 8 OZ---------------------------------------- _____

$3.00----SUGAR 2 LBS----------------------------------------- _____

$2.35----CREAMER 11 OZ--------------------------------------- _____

$3.25----PEANUT BUTTER 18 OZ--------------------------------- _____

$3.25----SWEET-N-LOW----------------------------------------- _____

$0.70----CRACKERS-SLEEVE------------------------------------- _____

$0.70----CHILI NOODLES--------------------------------------- _____

$0.70----CHICKEN NOODLES------------------------------------- _____

$0.70----BEEF NOODLES---------------------------------------- _____

$0.70----PICANTIE NOODLES------------------------------------ _____

$0.70----CREAMY CHICKEN NOODLES------------------------------ _____

$0.70----PORK NOODLES---------------------------------------- _____

$0.70----ROASTED CHICKEN NOODLES----------------------------- _____

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

____ award money damages in the amount of $ _____

~~✓ grant injunctive relief by~~ release from illegal detention?

____ award punitive damages in the amount of $ _____

✓ other: or declaration that Plaintiff is correct in believing he served out under law sentenced under or in effect at time crime was committed.

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 8 day of February, 2023

_Rex Melton_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered ~~to the prisoner mail system for mailing on~~ Campbellsville, Post office via, helper on February 8, 2023

_Rex Melton_
(Signature)

6

11

**FROM:**
Rex Melton
120 S. Central Ave
Campbellsville, KY 42718

**TO:**
Clerk, United States District Court
601 W. Broadway Rm. 106
Gene Snyder United States Courthouse
Lousville, KY 40202

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

U.S. POSTAGE PAID
FCM LG ENV
CAMPBELLSVILLE, KY
42718
FEB 08, 23
AMOUNT
$2.22
R2305K143078-08

RDC 99    40202

**Utility Mailer**
10 1/2" x 16"

