**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

**REX MELTON**                                                                                        **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 1:23-CV-P21-GNS**

**SAMANTHA BRIGHT** *et al.*                                                   **DEFENDANTS**

**ORDER FOR PAYMENT OF INMATE FILING FEE**

Plaintiff filed an application to proceed without prepayment of fees with a jail trust account statement that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, **IT IS ORDERED** that the application (DN 2) is **GRANTED**.  Pursuant to 28 U.S.C. § 1915(b)(1), however, Plaintiff is required to pay the statutory filing fee of **$350.00** under an installment plan. *See McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007) ("When an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan.").

An initial partial filing fee of **$21.00** will be assessed by this Order.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account.  To accomplish collection, the **TAYLOR COUNTY DETENTION CENTER** is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

**IT IS FURTHER ORDERED** that:

1.      The **TAYLOR COUNTY DETENTION CENTER** shall collect from Plaintiff's prison trust account an initial partial filing fee in the amount of **$21.00**, when such funds exist, and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified by Plaintiff's name, Inmate Identification Number, and number assigned to this action.

2.      Thereafter, the **TAYLOR COUNTY DETENTION CENTER** shall collect from Plaintiff's prison trust account the **$329.00** balance of the filing fee by collecting monthly payments from the prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with   28 U.S.C. § 1915(b)(2).

3.      The institution need not issue separate checks for individual plaintiffs.  Payment may be forwarded by the institution in a single check for all plaintiffs in its custody.  However, the institution <u>must</u> clearly delineate each prisoner, his/her case number, his/her Inmate Identification Number, and the amount to be paid on a ledger accompanying each payment from the institution.

4.      All payments shall be made payable to **Clerk, U.S. District Court** and sent to the following address:  Office of the Clerk, United States District Court, Western District of Kentucky, 601 West Broadway, Ste. 106, Louisville, Kentucky 40202-2249.

5.      The **Clerk of Court is DIRECTED to open an account** for the payment of the filing fee in this action.

Having addressed the filing fee issue, the Court must now undertake a preliminary review of Plaintiff's complaint under 28 U.S.C. § 1915A.  Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date:   March 14, 2023

                                        ENTERED BY ORDER OF COURT:

                                        CHIEF JUDGE GREG N. STIVERS
                                        UNITED STATES DISTRICT COURT

                                            JAMES J. VILT, JR., CLERK

                                        _____ s/ James J. Vilt, Jr._____

cc:     Plaintiff, *pro se*
        Financial Section, USDC, WDKY
        TCDC, Attn: Inmate Accounts
4416.011